| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Mannion, Malachy E. | 2. Court or Organization US District Court for the Middle District of Pennsylvania | 3. Date of Report 05/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) [✓] Nomination    Date 05/17/2012 [ ] Initial   [ ] Annual   [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2011 to 05/01/2012 |

**7. Chambers or Office Address**

Max Rosenn United States Courthouse
197 South Main Street
Wilkes-Barre, Pennsylvania 18701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | President | Federal Magistrate Judge Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 01/01/1995 | Hourigan, Kluger & Quinn PC - 401(k) Retirement Plan with former law firm, no control, common fund directed by John Hancock Retirement Plan Services |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannion, Malachy E. | 05/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Hospice of the Sacred Heart |
| 2. 2012 | Prime Med PC |
| 3. 2012 | University of Scranton |
| 4. 2011 | Hospice of the Sacred Heart |
| 5. 2011 | Prime Med PC |
| 6. 2011 | University of Scranton |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannion, Malachy E. | 05/17/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC | Federal Plus Loans | K |
| 2. U.S. Department of Education | Federal Plus Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mannion, Malachy E. | 05/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Scranton, PA | C | Rent | L | W | Exempt | | | | |
| 2. IRA #1 | A | Dividend | J | T | | | | | |
| 3. - Prudential Global Total Return Fund | | | | | | | | | |
| 4. 401(k) #1 | A | Dividend | K | T | | | | | |
| 5. - BIF Money Fund | | | | | | | | | |
| 6. - Time Warner, Inc. (common stock) | | | | | | | | | |
| 7. - Time Warner Cable, Inc. (common stock) | | | | | | | | | |
| 8. 401(k) #2 | C | Dividend | L | T | | | | | |
| 9. - John Handcock Lifestyle Balanced Fund | | | | | | | | | |
| 10. IRA #2 | C | Dividend | K | T | | | | | |
| 11. - Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 12. - Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 13. - Fidelity D & D Bank (common stock) | | | | | | | | | |
| 14. AT&T Inc. (common stock) | A | Dividend | J | T | | | | | |
| 15. Fidelity D & D Bank (common stock) | B | Dividend | K | T | | | | | |
| 16. Fidelity D & D Bank (bank acct.) | A | Interest | M | T | | | | | |
| 17. Fidelity D & D Bank (CD) | A | Interest | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | First Liberty Bank & Trust (CD) | A | Interest | K | T | | | | | |
| 19. | Comcast (common stock) | A | Dividend | J | T | | | | | |
| 20. | U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 21. | Rental Property #2, Chapman Lake, PA | A | Rent | K | W | | | | | |
| 22. | Metlife (whole life insurance) | A | Dividend | J | T | | | | | |
| 23. | LSI Logic Corp. (common stock) | A | Dividend | J | T | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. The investments listed in numbers 14, 15, 16, 17, 18, 19, and 23, are my mothers, however, I am listed as a co-owner. Therefore, for purposes of completeness, I have included these investments, although I do not consider them my assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 14 | 544 | Notes payable to banks-secured (auto) | 11 | 996 |
| U.S. Government securities—Series EE | 1 | 100 | Notes payable to banks-unsecured | | |
| Listed securities – see schedule | 159 | 614 | Notes payable to relatives | | |
| Unlisted securities | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 3 | 806 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable – see schedule | 227 | 003 |
| Real estate owned – see schedule | 407 | 500 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 25 | 000 | Education loans | 63 | 285 |
| Cash value-life insurance | 3 | 108 | | | |
| Other assets itemize: | | | | | |
| Thrift Savings Plan | 446 | 513 | | | |
| | | | | | |
| | | | Total liabilities | 306 | 090 |
| | | | Net Worth | 751 | 289 |
| Total Assets | 1 057 | 379 | Total liabilities and net worth | 1 057 | 379 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |